**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000353
30-JUN-2021
09:02 AM
Dkt. 10 ODMR**

NO. CAAP-21-0000353

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ANTONIO VIERRA, Plaintiff-Appellee, v.
MONICA BERNARDINO, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
ʻEWA DIVISION
(CIVIL NO. 1DRC-20-0005850)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Ginoza, Chief Judge, Fujise and Hiraoka, JJ.)

Upon consideration of self-represented Defendant-Appellant Monica Bernardino's (**Bernardino**) June 28, 2021 "Motion for Reconsideration ICA's Order Dismissing Appeal for Lack of Appellate Jurisdiction, June 18, 2021 or in the Alternative Grant Extension of Time to File Notice of Appeal Deemed Effective May 13, 2021," the papers in support, and the record, it appears that Bernardino has failed to present any point of law or fact that the court overlooked or misapprehended when it issued its June 18, 2021 Order Dismissing Appeal for Lack of Appellate Jurisdiction. See Hawaiʻi Rules of Appellate Procedure Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawaiʻi, June 30, 2021.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Alexa D.M. Fujise
Associate Judge

/s/ Keith K. Hiraoka
Associate Judge